**Exhibit 1**

**Farmer, Trisha**

**From:** Infante, Joseph M. [infante@millercanfield.com]
**Sent:** Wednesday, April 11, 2012 11:40 AM
**To:** Farmer, Trisha; Gaffin, Richard A.
**Subject:** RE: Mersen v. Graphite

Ms. Farmer

We are unable to stipulate to allow the amendment. The account stated statute is clear that a countervailing affidavit must accompany the answer. Thus, any amendment by your client would be futile and would only serve to increase costs on both sides. Please feel free to contact me if you have any further questions.

Joe

**Joseph M. Infante** | Attorney and Counselor at Law
**Miller Canfield**
1200 Campau Square Plaza, 99 Monroe Avenue, N.W.
Grand Rapids, Michigan 49503 (USA)
T +1.616.776.6333 | F +1.616.776.6322 | **Mobile** +1.231.740.8199
infante@millercanfield.com | View Profile + VCard

---

**From:** Farmer, Trisha [mailto:tfarmer@swlaw.com]
**Sent:** Wednesday, April 11, 2012 11:43 AM
**To:** Infante, Joseph M.; Gaffin, Richard A.
**Subject:** Mersen v. Graphite

Good morning Mr. Infante and Mr. Gaffin,

   Snell & Wilmer represents Graphite Machining Services in the above referenced matter and will be entering a notice of appearance in the case shortly. Graphite intends to amend its answer to Mersen's complaint. Will you stipulate to the amendment? The proposed amended complaint is attached. Paragraph 49 is the only change that has been made and an affidavit, as referenced in paragraph 49, will also be attached to the amended answer. Please let me know, as we will move to amend if you are not agreeable to the stipulation. *See Wade v. Knoxville Utilities Bd.*, 259 F.3d 452, 458 (6th Cir. 2001) ("leave to amend a pleading shall be freely given"); Fed. R. Civ. P. 15(a). Thank you in advance for your prompt attention and professionalism.

Trisha Farmer
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren Street
Phoenix, AZ 85004-2202
Phone: 602.382.6735
Fax: 602.382.6070
E-mail: tfarmer@swlaw.com

4/13/2012

NOTICE TO PERSONS SUBJECT TO UNITED STATES TAXATION (MCPS)

DISCLOSURE UNDER TREASURY CIRCULAR 230: The United States Federal tax advice, if any, contained in this document and its attachments may not be used or referred to in the promoting, marketing or recommending of any entity, investment plan or arrangement, nor is such advice intended or written to be used, and may not be used, by a taxpayer for the purpose of avoiding Federal tax penalties.

4/13/2012